UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | 1:00-cr-34-02 SEB-MJD |
| vs. | ) | 1:00-cr-84-01 SEB-MJD |
| | ) | |
| JIMMY L. NAVE, | ) | |
| | ) | |
| Defendant. | ) | |

**ORDER ADOPTING MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION**
(Docket Nos. 20 & 18)

The Court, having reviewed the Magistrate Judge's Report and Recommendation filed at Docket No. 20 in Cause No. 1:00-cr-34-02 and Docket No. 18 in Cause No. 1:00-cr-84-01 and observing that no party has objected to it within the time permitted, now adopts that Report and Recommendation as the ruling of this Court. Accordingly, Defendant's supervised release is **REVOKED** and he is sentenced to the custody of the Attorney General or his designee for a period of 24 months in Cause No. 1:00-cr-34-02 and 24 months in Cause No. 1:00-cr-84-01 to run concurrently (with no term of supervised release thereafter) to run consecutive to the executed sentence of 35 years incarceration that Defendant is currently serving upon his conviction in State v. Jimmy Lee Nave, Jr., Cause No. 48C04-1302-FA-000409 in the Madison Circuit Court

IT IS SO ORDERED.

Date: 10/16/2013

_Sarah Evans Barker_
SARAH EVANS BARKER, JUDGE
United States District Court
Southern District of Indiana

Copies to:

Electronically registered counsel of record via ECF.

USPO
Attn: Troy Adamson